## John T. McKenna, Defendant in Error, v. American Copying Company, Plaintiff in Error.

### Gen. No. 13,913.

This case is controlled by the decision in Barr v. American Copying Company *ante*, p. 92.

Assumpsit. Error to the Municipal Court of Chicago; the Hon. FRANK CROWE, Judge, presiding. Heard in this court at the October term, 1907. Affirmed. Opinion filed July 6, 1908.

LESLIE A. NEEDHAM, for plaintiff in error.

WINSTON, PAYNE, STRAWN & SHAW, for defendant in error.

MR. JUSTICE BROWN delivered the opinion of the court.

## Frank S. McDevitt, Plaintiff in Error, v. Clarence A. Burley et al., Defendants in Error.

### Gen. No. 13,929.

In this case there was nothing involved but a question of fact.

Assumpsit. Error to the Municipal Court of Chicago; the Hon. STEPHEN A. FOSTER, Judge, presiding. Heard in this court at the October term, 1907. Affirmed. Opinion filed July 6, 1908.

A. N. PAGERT, for plaintiff in error.

EDWARD R. HILLS, for defendant in error.

MR. JUSTICE ADAMS delivered the opinion of the court.